**No. 45785.**—Protest 20423–K of Harry Solodow (New York).

Opinion by CLINE, J. The commodity in question was marked "Estonian butter." On rehearing it appeared that the term "Estonian butter" does not refer to a kind or species of butter. The protest was therefore sustained.